McCarter & English

Brian W. Carroll
Partner
T. 973-639-2020
F. 973-297-3713
bcarroll@McCarter.com

McCarter & English, LLP
250 W 55th Street, 13th Floor
New York, NY 10019
www.mccarter.com

October 19, 2026

**MEMO ENDORSED**

**VIA ECF**

Hon. Jessica G. L. Clarke, U.S.D.J.
United States District Court
Southern District of New York
Charles L. Brieant Jr. Courthouse
300 Quarropas Street
White Plains, NY 10601

**Re: *Ahadi v. Portfolio Recovery Associates, LLC et al*, 7:26-cv-09114-JGLC**

Dear Judge Clarke:

This Firm represents Defendant Experian Information Solutions, Inc. ("Experian") in the above-referenced action.

In accordance with Section 2(e) of Your Honor's Individual Rules and Practices in Civil Cases, we write to respectfully request an extension of Experian's deadline to respond to Plaintiff's Complaint (D.E. 1-1) from October 23, 2026 to and including November 23, 2026. This is Experian's first request for an extension. The requested extension is necessary because we were recently retained to represent Experian and require additional time to review and consider the Complaint and prepare Experian's response. Plaintiff's counsel has consented to the requested extension. No appearance before the Court is currently scheduled.

We thank the Court for its consideration of this request and for its attention to this matter.

Respectfully submitted,

Brian W. Carroll

cc: All counsel of record (VIA ECF)

Application GRANTED. Defendant Experian Information Solutions, Inc.'s deadline to respond to Plaintiff's Complaint is extended to November 23, 2026.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: October 20, 2026
White Plains, New York

ME1\63366363.v1